No. 438. BARNEY PEARLMAN *v.* UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Hall S. Lusk* and *Barney Pearlman, pro se,* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Lawrence J. Kosters* for the United States.

---

No. 439. THE HANNA STOKER COMPANY *v.* LOCOMOTIVE STOKER COMPANY. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Walter F. Murray, Drury W. Cooper* and *J. Snowden Bell* for petitioner. *Mr. Paul Synnestvedt* for respondent.

---

No. 440. PHILIPPINE NATIONAL BANK *v.* AMERICAN SURETY COMPANY OF NEW YORK. October 31, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. John T. Loughran* for petitioner. *Mr. Allan C. Rowe* for respondent.

---

No. 441. GREEN-MOORE & CO., INC., ET AL. *v.* UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Charles A. McCoy* and *G. T. Hawkins* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Parmenter* and *Mr. Perry G. Michener* for the United States.

---

No. 442. O. K. MANUFACTURING COMPANY *v.* BASSICK MANUFACTURING COMPANY; and

No. 443. LARKIN AUTOMOTIVE PARTS COMPANY *v.* BASSICK MANUFACTURING COMPANY. October 31, 1927.